AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

vs.

RAYMOND ASSELIN, et al

APPEARANCE

Case Number: 04-30033

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for PAUL BANNICK

I certify that I am admitted to practice in this court.

JULY 15, 2004
Date

Signature

STEVEN W. LEARY   290-520
Print Name   Bar Number

95 STATE ST. SUITE 309
Address

SPRINGFIELD   MA   01103
City   State   Zip Code

413-737-1489   413-733-0238
Phone Number   Fax Number