UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 04-30033-MAP |
| | ) | |
| PAUL BANNICK | ) | |

## MOTION TO SEAL

Now comes Attorney Steven Leary, by counsel Mark G. Mastroianni, and respectfully requests this Honorable Court seal the attached motion to allow a stay of all pending matters until the appearance of successor counsel.

As grounds for this request it is stated the motion contains personal and private information which is not a subject to disclosure or public viewing.

Respectfully submitted,

BY: *(signature)*
Mark G. Mastroianni
95 State Street - Suite 309
Springfield, MA 01103
(413) 732-0222
BBO #556084

### CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing via mail to Assistant United States Attorney, William Welch, United States District Court, 1550 Main Street, Springfield, MA 01103 this _11_ day of August 2006.

*(signature)*
Mark G. Mastroianni