UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2006 AUG 31 P 1:48
U.S. DISTRICT C&T
DISTRICT OF MASS

UNITED STATES OF AMERICA )
)
)
vs. ) Crim. No. 04-30033-MAP
)
)
RAYMOND ASSELIN, SR., ET AL, )
Defendants )

APPEARANCE OF COUNSEL FOR
DEFENDANT PAUL BANNICK

Please enter my appearance for the defendant Paul Bannick in connection with the above-styled matter.

_____
Mark Mastroianni, Esq.
95 State Street
Springfield, MA 01103
Tel. 413-732-0222
Fax. 413-746-4971
BBO# 556084

CERTIFICATE OF SERVICE

I, Mark Mastroianni, Esquire, counsel of record, hereby certify that I made service of the foregoing document by delivery in hand to AUSA William Welch, this day and by fax or mailing to all counsel of record.

August 31, 2006                        _____
                                        Mark Mastroianni

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2006 AUG 31 P 1:48
U.S. DISTRICT C[...]
DISTRICT OF MASS

UNITED STATES OF AMERICA )
)
)
vs. ) Crim. No. 04-30033-MAP
)
)
RAYMOND ASSELIN, SR., ET AL, )
   Defendants )

## APPEARANCE OF COUNSEL FOR DEFENDANT PAUL BANNICK

Please enter my appearance for the defendant Paul Bannick in connection with the above-styled matter.

_____
Mark Mastroianni, Esq.
95 State Street
Springfield, MA 01103
Tel. 413-732-0222
Fax. 413-746-4971
BBO# 556084

## CERTIFICATE OF SERVICE

I, Mark Mastroianni, Esquire, counsel of record, hereby certify that I made service of the foregoing document by delivery in hand to AUSA William Welch, this day and by fax or mailing to all counsel of record.

August 31, 2006

_____
Mark Mastroianni