

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*          *Federal Building and Courthouse*
*Facsimile:        (413) 785-0394*          *1550 Main Street, Room 310*
                                             *Springfield, Massachusetts 01103*

September 13, 2006

**BY REGULAR MAIL**

James C. Rehnquist, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

     Re:  United States v. Raymond Asselin, *et al.*
         Criminal No. 04-CR-30033-MAP

Dear Attorney Rehnquist:

     Please find enclosed copies of an additional Government
Exhibit, GX 304:  Court File, <u>First National Bank of Boston v.
P.J. Richfield, et al.</u>, 92-CV-0284.

     Please also find enclosed a business records certification
for GX 240.

                Very truly yours,

                MICHAEL J. SULLIVAN
                United States Attorney

          By:

                STEVEN H. BRESLOW
                Assistant U.S. Attorney

Encl.
✓cc: Clerk of the Court (MAP) (w/o enclosure)