UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 04-30033-MAP |
| | ) | |
| PAUL BANNICK | ) | |

## MOTION TO CONTINUE PLEA HEARING

Now comes the defendant and respectfully requests this Honorable Court to continue the Change of Plea presently scheduled for October 18, 2006 at 2:30 pm to another date mutually agreeable to all parties.

As grounds for this request the defendant states counsel for the Government has been involved in a lengthy trial with one of the co-defendants. The attorneys have been unable to meet and conference the matter in a meaningful way regarding a proposed plea agreement and terms and conditions of the plea.

Counsel anticipates that when the trial of the co-defendant is concluded, it will require approximately 14-21 days for the respective parties to negotiate regarding the anticipated change of plea.

Respectfully submitted,

BY: /s/ Mark G. Mastroianni
95 State Street - Suite 309
Springfield, MA 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Assistant United States Attorney, Kevin O'Regan, United States District Court, 1550 Main Street, Springfield, MA 01103 this 17th day of October 2006.

/s/ Mark G. Mastroianni