UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | NO. 04-30033-MAP |
| ) | |
| PAUL BANNICK     ) | |

### DEFENDANT'S REQUEST TO FILE LATE OBJECTIONS TO PRESENTENCE REPORT

Now comes the defendant and respectfully requests this Honorable Court allow him to file a late objection to the Presentence Report. As grounds for this request counsel states he was unable to file a timely objection to the Presentence Report due to his case load in the State Court as well as family obligations which arose over the last several weeks.

Respectfully submitted,

BY: /s/ Mark G. Mastroianni
95 State Street - Suite 309
Springfield, MA 01103
(413) 732-0222
BBO #556084

CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Assistant United States Attorney, Kevin O'Regan, United States District Court, 1550 Main Street, Springfield, MA 01103 this 15th day of February 2007.

/s/ Mark G. Mastroianni