UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America,           )
                    Plaintiff,      )
                                    )
              v.                    )      3:04CR30033-005-MAP
                                    )
Paul Bannick,                       )
                    Defendant.      )

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of

the assessment, fine and/or restitution Judgment as to the defendant in the above-captioned

matter, Paul Bannick, by payment in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/  Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: May 24, 2007

## CERTIFICATE OF SERVICE

Boston, s.s.                                                        Boston, MA

I hereby certify that on this date a copy of this document was filed through the ECF
system and sent to Paul Bannick, located at West Springfield, MA electronically to any
registered participants and/or a paper copy was sent by mail to those indicated as non-registered
participants.

   /s/  Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney